UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUT WEST RESTAURANT GROUP INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED FM INSURANCE COMPANY, <br><br> Defendant. | Case No. 20-cv-06786-TSH <br><br> **JUDGMENT** |

On March 19, 2021, the Court granted Defendant's motion for judgment on the pleadings. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS JUDGMENT** in favor of Defendant Affiliated FM Insurance Company and against Plaintiffs Out West Restaurant Group, Inc., Cerca Trova Restaurant Group, Inc., Cerca Trova Steakhouse, LP., and Cerca Trova Southwest Restaurant Group, LLC.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 19, 2021

THOMAS S. HIXSON
United States Magistrate Judge