**HUNTON ANDREWS KURTH LLP**
SCOTT P. DEVRIES (State Bar No. 88221)
50 California Street, Suite 1700
San Francisco, California 94111
Telephone: 415 • 975 • 3700
Facsimile: 415 • 975 • 3701
sdevries@HuntonAK.com
mhuggins@HuntonAK.com

WALTER J. ANDREWS (appearance *pro hac vice*)
ANDREA DEFIELD (appearance *pro hac vice*)
Wells Fargo Center
333 SE 2nd Avenue, Suite 2400
Miami, Florida 33131
Telephone: 305 • 810 • 2500
Facsimile: 305 • 810 • 2460
adefield@HuntonAK.com
wandrews@HuntonAK.com

Attorneys for Plaintiffs Out West Restaurant Group, Inc.; Cerca Trova Restaurant Group, Inc.; Cerca Trova Steakhouse, L.P.; and Cerca Trova Southwest Restaurant Group, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OUT WEST RESTAURANT GROUP, INC.; CERCA TROVA RESTAURANT GROUP, INC.; CERCA TROVA STEAKHOUSE, L.P.; and CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED FM INSURANCE COMPANY, <br><br> Defendant. | Case No.:  3:20-CV-06786-TSH <br><br> **NOTICE OF APPEAL** <br><br> Judge:          Hon. Thomas S. Hixson <br><br> Trial Date:    Not assigned <br> Action Filed: September 29, 2020 |

Plaintiffs OUT WEST RESTAURANT GROUP, INC.; CERCA TROVA RESTAURANT GROUP, INC.; CERCA TROVA STEAKHOUSE, L.P.; and CERCA TROVA SOUTHWEST RESTAURANT GROUP, LLC (collectively "Plaintiffs" or "Out West"), by and through their undersigned counsel, appeal to the United States Court of Appeals for the Ninth Circuit the Order Granting Motion for Judgment on the Pleadings and the decisions provided therein (Dkt. 38), attached hereto as **Exhibit A**, and the Judgment (Dkt. 39), attached hereto as **Exhibit B**, entered by the United States District Court on March 19, 2021.

Pursuant to Circuit Rule 3-2, Plaintiffs have attached hereto as **Exhibit C** a Representation Statement.

Dated: April 1, 2021

**HUNTON ANDREWS KURTH LLP**

By: /s/ *Scott P. DeVries*
Scott P. DeVries
Walter J. Andrews
Andrea DeField
Attorneys for Plaintiffs Out West Restaurant Group, Inc.; Cerca Trova Restaurant Group, Inc.; Cerca Trova Steakhouse, L.P.; and Cerca Trova Southwest Restaurant Group, LLC