|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 2 2021 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

OUT WEST RESTAURANT GROUP, INC.; et al.,

        Plaintiffs-Appellants,

 v.

AFFILIATED FM INSURANCE COMPANY,

        Defendant-Appellee.

No.   21-15585

D.C. No. 3:20-cv-06786-TSH
Northern District of California,
San Francisco

ORDER

Proceedings in this appeal are stayed pending final resolution of this court's decisions in 20-16858, *Mudpie, Inc. v. Travelers Casualty Ins.*; 20-17422, *Chattanooga Pro Baseball v. National Cas. Co.*; and/or 21-55123, *Selane Products, Inc. v. Continental Cas. Co.*; or further order of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jeffrey L. Fisher
Deputy Clerk
Ninth Circuit Rule 27-7